PD-0127-15   Pg 1 of 2

CAUSE NO. 05-12-01413-CR

TRIAL CT. NO. F-1163319-H

| | | |
|---|---|---|
| ERIK JAMAL JACKSON | * | IN THE 1st. JUDICIAL |
| vs. | * | DISTRICT COURT OF |
| THE STATE OF TEXAS | * | DALLAS COUNTY, TEXAS |
| | * | |

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY
REVIEW.

TO THE HONORABLE COURT OF CRIMINAL APPEALS;

COMES NOW, ERIK J. JACKSON PRO SE PETITIONER, IN THE ABOVE STYLED AND NUMBERED CAUSE, AND FILES THIS MOTION FOR "EXTENSION OF TIME" TO FILE "PETITION FOR DISCRETIONARY REVIEW" PURSUANT TO RULE 68.2 (c) OF THE TEXAS RULES OF APPELLATE PROCEDURES AND WOULD SHOW THE FOLLOWING IN SUPPORT THEREOF;

I.

(a) - THE FIFTH COURT OF APPEALS IN DALLAS AFFIRMED THIS CAUSE ON DECEMBER 31st. 2014.

(b) - THE PETITION FOR DISCRETIONARY REVIEW IS CURRENTLY "DUE" ON OR BEFORE JANUARY 31st. 2015.

(c) - THE PETITIONER HAS REQUESTED NO PRIOR EXTENSIONS OF TIME IN THIS CAUSE.

(d) - THE PETITIONER POSSESSES NO LEGAL BACKGROUND, NOR KNOWLEDGE OF THE LAW OR LEGAL PROCEDURES, THEREBY REQUIRES ASSISTANCE BY A UNIT WRIT-WRITER OR "NEXT OF FRIEND" INMATE.

(e) - THE PETITIONER IS ONLY ALLOWED TWO HOURS IN THIS UNIT'S LAW LIBRARY PER DAY, FIVE DAYS PER WEEK.

(f) - THE PETITIONER RESPECTFULLY REQUESTS A SIXTY DAYS EXTENSION OF TIME TI FILE A PETITION FOR DISCRETIONARY REVIEW.

(g) - THIS EXTENSION IS NECESSARY TO PROPERLY PREPARE AND NOT FOR UNNECESSARY DELAY.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

## II.
## PRAYER

PETITIONER PRAYS THIS REQUEST BE "GRANTED" BY THE HONORABLE COURT FOR AN EXTENSION OF TIME FOR SIXTY DAYS (Until March 31st. 2015).

## III.
## CERTIFICATE OF SERVICE

I, ERIK J. JACKSON, TDCJ. 1816262, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS MOTION WAS MAILED THROUGH THE US. PRISON POSTAL SERVICE, FIRST CLASS, POSTAGE PREPAID, ON JAN. 24th, 2015 TO THE COURT OF CRIMINAL APPEALS AT AUSTIN, LOCATED AT:

12308 CAPITAL STATION
PO. BOX
AUSTIN, TX. 78711

## V.
## DECLARATION OF PETITIONER

I, ERIK J. JACKSON, TDCJ. 1816262, BEING CURRENTLY INCARCERATED AT THE FERGUSON UNIT, LOCATED AT MIDWAY, TEXAS, DO HEREBY "SWEAR" AND "DECLARE" UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED THIS 24th DAY OF JANUARY, 2015.

SIGNATURE: ERIK JAMAL JACKSON
SIGNATURE: Erik Jackson 1-26-15
TDCJ. NO. 1816262

cc; File